UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

ARQAM JAVAID,

                Plaintiff,

        -against-

MAHMOOD NASIR,

                Defendant.

-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 23 2012 ★

BROOKLYN OFFICE

10 CV 5576 (SJ) (MDG)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

APPEARANCES

JONATHAN SILVER
80-02 Kew Gardens Road
Kew Gardens, NY 11415
By:    Jonathan Silver
Attorney for Plaintiff

JOHNSON, Senior District Judge:

      Presently before the Court is a Report and Recommendation ("Report")

prepared by Magistrate Judge Marilyn D. Go.  Judge Go issued the Report on March

19, 2008, and provided the parties with the requisite amount of time to file any

objections.  Neither party filed any objections to the Report.  For the reasons stated

herein, this Court affirms and adopts the Report in its entirety.

      A district court judge may designate a magistrate judge to hear and

determine certain motions pending before the Court and to submit to the Court

proposed findings of fact and a recommendation as to the disposition of the motion.

P-049

See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See Id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See Id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985).

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Go's recommendations were due on April 5, 2012. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Go's Report in its entirety.

SO ORDERED.

/s/(SJ)

Dated: April 20, 2012
      Brooklyn, NY           Sterling Johnson, Jr., U.S.D.J.

2

P-049